1  MICHAEL J. VARTAIN [SBN 92366]
   INGRID A. SCHERSCHEL [SBN 209399]
2  **VARTAIN LAW GROUP**
   601 Montgomery Street, Suite 540
3  San Francisco, CA 94111-2608
   Telephone: [415] 391-1155
4  Facsimile:  [415] 391-1177

5  Attorneys for Defendant
   UNIVERSITY OF SAN FRANCISCO

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

| | |
|---|---|
| CLARISSA MALIGA, | Case No.: **C 06 0167 SBA** |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER [PROPOSED] FOR REMAND TO SUPERIOR COURT** |
| UNIVERSITY OF SAN FRANCISCO;; and Does 1 through 2000, inclusive, | |
| Defendants. | |

**MALIGA, CLARISSA VS. USF [USDC] – STIPULATION AND ORDER [PROPOSED] FOR REMAND TO SUPERIOR COURT**
S:\Client\101 USF\029 Maliga SFSC\Pleading\Federal Removal\StipRemand1.ple.doc

1 **STIPULATION**

Plaintiff Clarissa Maliga ("Plaintiff") and Defendant University of San Francisco ("the University"), by their respective attorneys, hereby enter into the following Stipulation and request entry of the proposed Order appended hereto:

(1) That the case be remanded to the Superior Court for the City and County of San Francisco; and

(2) That each party to bear its own costs and fees.

**SO STIPULATED:**

_____/S/_____
**VARTAIN LAW GROUP**
MICHAEL J. VARTAIN
INGRID A. SCHERSCHEL
ATTORNEYS FOR THE UNIVERSITY


_____/S/_____
FRANK P. SARRO
ATTORNEY FOR PLAINTIFF


**ORDER**

The Stipulation is approved and the matter is ordered remanded to the Superior Court of San Francisco.

**IT IS SO ORDERED:**

DATED: 1/24/06

_Sandra B. Armstrong_
UNITED STATES DISTRICT JUDGE